**Order entered January 14, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01004-CR

**NICOLAS STEPHEN LLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81624-2012**

## ORDER

The Court **REINSTATES** the appeal.

On December 17, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 10, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the December 17, 2013 order requiring findings.

We **GRANT** the January 10, 2014 extension motion and **ORDER** appellant's brief filed within the time specified.

/s/  LANA MYERS
    JUSTICE